F I L E D
06/01/2020
*Shirley Faust*
CLERK
Missoula County District Court
STATE OF MONTANA
By: Laura Driscoll
DV-32-2020-0000604-OC
Deschamps, Robert L III
6.00

Hon. Robert L. Deschamps,III
Fourth Judicial District Missoula
County Courthouse 200 West
Broadway Street Missoula, MT
59802
(406) 258-4780

## IN THE FOURTH JUDICIAL DISTRICT COURT OF MONTANA
## MISSOULA COUNTY

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHM and BONNER PROPERTY DEVELOPMENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PROJECT SPOKANE, LLC, and SEAN WALSH,<br><br>Defendants. | Cause No. DV-32-2020-0000604-OC<br>Dept. No. 2<br>Hon. Robert Deschamps<br><br><br>*TEMPORARY RESTRAINING ORDER*<br>*AND*<br>*ORDER TO APPEAR*<br>*AND SHOW CAUSE* |

Upon motion of Plaintiffs for a Temporary Restraining Order and

Preliminary Injunction, the Court finds that a Temporary Restraining Order

should be issued without notice to the adverse parties under § 27-19-314

and 316.  There is risk of immediate and irreparable injury to Plaintiffs.

Accordingly, for the reasons set forth in the motion and supporting

documentation,

Exhibit F

IT IS HEREBY ORDERED:

1.     The application for Temporary Restraining Order is GRANTED as of this __1st__ day of __June_____ 2020, at __3:25__ _p_.m.

2.     Defendants are enjoined from conducting or otherwise effectuating any sale of any property located at the Bonner Mill Site in Missoula County, Montana, commonly known as 9144 Bonner Mill Road, Bonner, Montana, 59823.

3.     Neither Defendants nor any of their agents shall dispose of or damage any of the property previously or currently located at the Bonner Mill Site in Missoula County, Montana, commonly known as 9144 Bonner Mill Road, Bonner, Montana, 59823.

4.     This Order shall be immediately filed in the clerk's office and entered in the record.

5.     The parties shall appear before this Court on the __23rd__ day of __June_____ 2020, at __11:00__ _a_.m., Missoula County Courthouse, 200 West Broadway Street, Missoula, Montana, 59802, then and there to show cause why a preliminary injunction should not issue.

DATED this _____ day of June, 2020.


_____
Hon. Leslie Halligan
District Court Judge



cc:   Rhoades Siefert & Erickson (Rhoades, Erickson)
      Peter Ito, Ito Law Group, 1550 Larimer Street, Suite 667, Denver, Colorado,
      80202, peter@itolawgroup.com


Electronically Signed By:
Hon. Judge Robert L. Deschamps, III
Mon, Jun 01 2020 03:27:12 PM