FILED
06/02/2020
*Shirley Faust*
CLERK
Missoula County District Court
STATE OF MONTANA
By: *Latishia Atkins*
DV-32-2020-0000604-OC
Deschamps, Robert L III
10.00

Quentin M. Rhoades
State Bar No. 3969
Robert Erickson
State Bar No. 9966
Rhoades, Siefert & Erickson PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: (406) 721-9700
qmr@montanalaywer.com
erickson@montanalawyer.com

*Pro Querente*

# IN THE FOURTH JUDICIAL DISTRICT COURT OF MONTANA
# MISSOULA COUNTY

| | |
|---|---|
| **STEVE NELSON, MICHAEL BOEHME, and BONNER PROPERTY DEVELOPMENT, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**PROJECT SPOKANE, LLC, and SEAN WALSH,**<br><br>Defendants. | Cause No. **DV-32-2020-604-OC**<br><br>Dept. No. **1**<br><br>***NOTICE OF SERVICE OF TEMPORARY RESTRAINING ORDER AND ORDER TO APPEAR AND SHOW CAUSE*** |

I hereby give notice and certify that on the 1st day of June 2020, I served a true and correct copy of the issued ***Temporary Restraining Order and Order to Appear and Show Cause*** on the following persons by sending said copy by FedEx overnight delivery prepaid, and by email, addressed as follows:

Exhibit J

Peter Ito
Ito Law Group
1550 Larimer Street, Suite 667
Denver, CO  80202
*peter@itolawgroup.com*

    DATED this 2nd day of June 2020.


                                     By: /s/ Quentin M. Rhoades
                                           Quentin M. Rhoades

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June 2020, I served a true and correct copy of the foregoing on the following persons by depositing said copy via U.S. Mail, prepaid, and by email addressed as follows:

Peter Ito
Ito Law Group
1550 Larimer Street, Suite 667
Denver, CO 80202
*peter@itolawgroup.com*

                                                   By: /s/ Quentin M. Rhoades
                                                         Quentin M. Rhoades

# CERTIFICATE OF SERVICE

I, Quentin M. Rhoades, hereby certify that I have served true and accurate copies of the foregoing Notice - Notice of Service to the following on 06-01-2020:

Sean Walsh (Defendant)
365-B Clinton Street
Costa Mesa 92626
Service Method: Email

Project Spokane, LLC (Defendant)
365-B Clinton Street
Costa Meas 92626
Service Method: Email

Electronically Signed By: Quentin M. Rhoades
Dated: 06-01-2020