Missoula County District Court

Roa Listing

DV-32-2020-0000604-OC

| Date | Filing # | Action | Judge |
|------|----------|--------|-------|
| **Michael Boehme et al.vs.Project Spokane, LLC et al.** | | | |
| 05/27/2020 | 1 | Complaint and Demand for Jury Trial  (Filed By Rhoades, Quentin on behalf of Nelson, Steve; Boehme, Michael; Bonner Property Development LLC ) 211313 $120.00 | Halligan, Leslie |
| 06/01/2020 | 2 | Motion (Filed By Rhoades, Quentin on behalf of Bonner Property Development LLC; Nelson, Steve; Boehme, Michael ) | Deschamps, Robert L III |
| 06/01/2020 | 3 | Amended Complaint (Filed By Rhoades, Quentin on behalf of Bonner Property Development LLC; Nelson, Steve; Boehme, Michael ) | Deschamps, Robert L III |
| 06/01/2020 | 4 | Notice (Filed By Rhoades, Quentin on behalf of Boehme, Michael; Bonner Property Development LLC; Nelson, Steve ) | Deschamps, Robert L III |
| 06/01/2020 | 5 | Brief In Support of Motion (Filed By Rhoades, Quentin on behalf of Nelson, Steve; Bonner Property Development LLC; Boehme, Michael ) | Deschamps, Robert L III |
| 06/01/2020 | 6 | Order - | Deschamps, Robert L III |
| 06/01/2020 | 7 | 7 Declaration of Stephen Nelson  (Filed By Rhoades, Quentin on behalf of Boehme, Michael; Bonner Property Development LLC; Nelson, Steve ) | Deschamps, Robert L III |
| 06/01/2020 | 7.1 | 7.1 Exhibit to Document #7 (Filed By Rhoades, Quentin on behalf of Boehme, Michael; Bonner Property Development LLC; Nelson, Steve ) | Deschamps, Robert L III |
| 06/01/2020 | 7.2 | 7.2 Exhibit to Document #7(Filed By Rhoades, Quentin on behalf of Boehme, Michael; Bonner Property Development LLC; Nelson, Steve ) | Deschamps, Robert L III |
| 06/02/2020 | 8 | Summons Issued on Project Spokane, LLC 06/02/2020 | Deschamps, Robert L III |
| 06/02/2020 | 9 | Summons Issued on Sean Walsh 06/02/2020 | Deschamps, Robert L III |
| 06/02/2020 | 10 | 10 Notice of Service of Temporary Restraining Order and Order to Appear and Show Cause (Filed By Rhoades, Quentin on behalf of Boehme, Michael; Bonner Property Development LLC; Nelson, Steve ) | Deschamps, Robert L III |