Quentin M. Rhoades
State Bar No. 3969
Robert Erickson
State Bar No. 9966
Rhoades, Siefert & Erickson PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: (406) 721-9700
qmr@montanalaywer.com
erickson@montanalawyer.com

*Pro Querente*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| **STEVE NELSON, MICHAEL BOEHME, and BONNER PROPERTY DEVELOPMENT, LLC,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PROJECT SPOKANE, LLC, and SEAN WALSH,**<br><br>Defendants. | Cause No. **9:20-cv-00082-DLC**<br><br>***PLAINTIFFS' MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED*** |

1. Plaintiffs, Steve Nelson, Michael Boehme, and Bonner Property Development, LLC, request that the Court, pursuant to Fed. R. Civ. P. 65(b)(2), enter an order extending the temporary restraining order (TRO) entered in this case by the Montana Fourth Judicial District judge on June 1, 2020, which enjoined the sale of millions of dollars of assets then scheduled by Defendants for Wednesday, June 3, 2020, at 10:00 a.m. Montana time.

2. The motion is supported by an accompanying brief, as well as the arguments and evidence included in Docs. 1-6 and 1-8 through 1-13, which are incorporated herein by this reference.

3. **Certificate of conference:** The motion is opposed by Defendants.

DATED this 11th day of June 2020.

                Respectfully Submitted,
                RHOADES SIEFERT & ERICKSON PLLC


                By:  /s/*Quentin M. Rhoades*
                     Quentin M. Rhoades
                     Robert Erickson
                     *Pro Querente*