# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **STEVE NELSON, MICHAEL BOEHME, and BONNER PROPERTY DEVELOPMENT, LLC,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PROJECT SPOKANE, LLC, and SEAN WALSH,**<br><br>Defendants. | Cause No. **9:20-cv-00082-DLC**<br><br>***ORDER GRANTING MOTION TO EXTEND TEMPORARY RESTRAINING ORDER*** |

Upon motion of Plaintiffs for Plaintiffs' Motion For Extension of Temporary Restraining Order and For Order to Show Cause Why A Preliminary Injunction Should Not Be Entered, the Court finds that a Temporary Restraining Order should be issued without notice to the adverse parties to preserve and avoid the destruction or the unavailability of the property at issue in this case. There is risk of immediate and irreparable injury to Plaintiffs if the status quo is not preserved until a hearing can be held.

Accordingly, for the reasons set forth in the motion and supporting documentation,

IT IS HEREBY ORDERED:

1. The application for Temporary Restraining Order is GRANTED as of this _____ day of _____ 2020, at _____ ___.m.

2. Defendants are enjoined from conducting or otherwise effectuating any sale of any property located at the Bonner Mill Site in Missoula County, Montana, commonly known as 9144 Bonner Mill Road, Bonner, Montana, 59823.

3. Neither Defendants nor any of their agents shall dispose of or damage any of the property previously or currently located at the Bonner Mill Site in Missoula County, Montana, commonly known as 9144 Bonner Mill Road, Bonner, Montana, 59823.

4. This Order shall be immediately filed in the clerk's office and entered in the record.

5. The parties shall appear before this Court on the ____ day of _____ 2020, at _____ __.m., at the Russel Smith Courthouse, 201 East Broadway Street, Missoula, Montana, 59802, then and there to show cause why a preliminary injunction should not issue.

Dated this ___ day of June, 2020.

_____
Dana L. Christensen, District Judge
United States District Court