James A. Patten (ID No. 1191)
Daniel L. Snedigar (ID No. 9428)
PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.
2817 Second Ave. North, Suite 300
P.O. Box 1239
Billings, MT  59103-1239
Telephone:  (406) 252-8500
Facsimile:   (406) 294-9500
E-mail:   apatten@ppbglaw.com
             dsnedigar@ppbglaw.com

Attorneys for Defendants, Project Spokane LLC and Sean Walsh

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHM and BONNER PROPERTY DEVELOPMENT, LLC,<br><br>           Plaintiffs,<br><br>vs.<br><br>PROJECT SPOKANE, LLC, and SEAN WALSH,<br><br>           Defendants. | Cause No.  CV-20-82-DLC<br><br>**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE** |

Defendants, PROJECT SPOKANE LLC and SEAN WALSH, by and

through their attorneys James A. Patten and Daniel L. Snedigar of Patten,

Peterman, Bekkedahl, and Green P.L.L.C., hereby move this Court for an order

1

admitting Peter W. Ito, *pro hac vice*, so that he may appear as co-counsel for Project Spokane, LLC and Sean Walsh. The motion is supported by the Declaration of Peter W. Ito attached hereto as Exhibit A. As indicated in the Declaration:

1. Peter W. Ito is an attorney licensed to practice in California and the District of Columbia and is an attorney with the law firm of Ito Group, P.C. His California state bar number is 152983 and his District of Columbia bar number is 977046.

2. Peter W. Ito has filed one *pro hac vice* application with this Court over the past two years. That application was filed on June 10, 2020 in Case No. CV-20-76-DWM, *Energy Keepers, Incorporated, vs. Hyperblock LLC, Project Spokane LLC, and Sean Walsh,* in the U.S. District Court, Missoula Division, Montana.

3. Peter W. Ito is admitted to practice before the Ninth Circuit Court of Appeals, the Tenth Circuit Court of Appeals and the U.S. District Court for the District of Colorado, the United States District Court for the Eastern District of Wisconsin and the United States District Court for the District of North Dakota, and is a member in good standing.

4. Peter W. Ito is not currently suspended or disbarred in the above-stated courts.

6. Peter W. Ito has never been held in contempt, convicted of a crime, censured, suspended, disciplined by any court for disobedience to its rules or orders, sanctioned under the Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (f) or their state equivalent, or disbarred by any court; nor are there any disciplinary or contempt proceedings against him in any court.

7. The undersigned has discussed this motion with counsel for the Plaintiff, Quentin M. Rhoades and represents that the Plaintiff does not oppose the relief requested.

Therefore, Project Spokane LLC and Sean Walsh, respectfully request that this Court grant the Motion for Admission *Pro Hac Vice* and allow Peter W. Ito, to participate as co-counsel for Defendant, Project Spokane LLC and Sean Walsh, in this matter.

Dated this 12th day of June, 2020.

            PATTEN, PETERMAN, BEKKEDAHL
              & GREEN, P.L.L.C.
            2817 2nd Avenue North, Ste. 300
            P.O. Box 1239
            Billings, MT 59103-1239

            By: /s/ JA Patten
              James A. Patten
              Attorney for Defendants,
              Project Spokane LLC and Sean Walsh

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of June, 2020 a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served on the following persons by the following means:

| | |
|---|---|
|  1, 2  | CM/ECF |
| _____ | Hand delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-mail |

1.    Clerk, U.S. District Court

2.    Quentin M. Rhoades
      Robert Erickson
      Rhoades, Siefert & Erickson PLLC
      430 Ryman Street
      Missoula, MT 59802
      qmr@montanalawyer.com
      erickson@montanalawyer.com

                                /s/ JA Patten
                              For Patten, Peterman, Bekkedahl & Green