James A. Patten (ID No. 1191)
Daniel L. Snedigar (ID No. 9428)
PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.
2817 Second Ave. North, Suite 300
P.O. Box 1239
Billings, MT  59103-1239
Telephone:  (406) 252-8500
Facsimile:    (406) 294-9500
E-mail:   apatten@ppbglaw.com
              dsnedigar@ppbglaw.com

Attorneys for Defendants, Project Spokane LLC and Sean Walsh

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHM and BONNER PROPERTY DEVELOPMENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PROJECT SPOKANE, LLC, and SEAN WALSH,<br><br>Defendants. | Cause No. CV 20-82-DLC<br><br>**DECLARATION IN SUPPORT OF APPLICATION FOR SPECIAL ADMISSION-** ***PRO HAC VIC*** |

I, Peter W. Ito, hereby declare:

I have read and understand the requirements of Local District Court Rule 83.1(d) and Montana R. Prof'l Conduct 8.5, and certify that the following information is correct:

1

I have paid the admission fee shown on the court's website, subject to reimbursement if the application is denied.

I am a member of the State Bar of California and the District of Columbia, and I am a member in good standing.  My California state bar number is 152983 and my District of Columbia bar number is 977046. I have been admitted to practice before the Ninth Circuit Court of Appeals, the Tenth Circuit Court of Appeals and the United States District Court for the Southern, Northern, Eastern and Central Districts of California, the United States District Court for the District of Colorado, the United States District Court for the Eastern District of Wisconsin, and the United States District Court for the District of North Dakota, and am a member in good standing.

I am not currently suspended or disbarred in any other court.

I have filed one *pro hac vice* application with this Court over the past two years.   That application was filed on June 10, 2020 in Case No. CV-20-76-DWM, *Energy Keepers, Incorporated, vs. Hyperblock LLC, Project Spokane LLC, and Sean Walsh,* in the U.S. District Court, Missoula Division, Montana.

I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association.

I have not been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or their state equivalent.

I am proficient in electronic filing in the United States District Court for the District of Montana along with all other Courts of Appeals and Districts Courts where I have been admitted.

I understand that *pro hac vice* admission in this court is personal to the attorney only and is not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this court.

I have complied with Mont. R. Prof'l Conduct 8.5.

I declare under the penalty of perjury and under the laws of the State of Montana that the foregoing is true and correct.

Dated: June 12, 2020

By: /s/Peter W. Ito
Peter W. Ito
Ito Law Group, P.C.
1550 Larimer Street, Suite 667
Denver, CO 80202
Telephone: 720-281-5294
Email: peter@itolawgroup.com