FILED
06/01/2020
*Shirley Faust*
CLERK
Missoula County District Court
STATE OF MONTANA
By: Laura Driscoll
DV-32-2020-0000604-OC
Deschamps, Robert L III
2.00

Quentin M. Rhoades
State Bar No. 3969
Robert Erickson
State Bar No. 9966
Rhoades, Siefert & Erickson PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: (406) 721-9700
qmr@montanalaywer.com
erickson@montanalawyer.com

*Pro Querente*

# IN THE FOURTH JUDICIAL DISTRICT COURT OF MONTANA
## MISSOULA COUNTY

| | |
|---|---|
| **STEVE NELSON, MICHAEL BOEHME, and BONNER PROPERTY DEVELOPMENT, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**PROJECT SPOKANE, LLC, and SEAN WALSH,**<br><br>Defendants. | Cause No. **DV-32-2020-604-OC**<br><br>Dept. No. **1**<br><br>***PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED*** |

1.    Plaintiffs, Steve Nelson, Michael Boehme, and Bonner Property Development, LLC, request that the Court enter a temporary restraining order (TRO) enjoining the sale of millions of dollars of assets unilaterally scheduled by Defendants for Wednesday, June 3, 2020, at 10:00 a.m. Montana time, and to set a hearing on whether a preliminary injunction should be entered against sale of the assets pending entry of a final judgment in this case.

2. The motion is supported by separate fillings including (a) a principal brief; (b) the Declaration of Steven Nelson (with exhibits); (c) a notice of compliance with Mont. U. D. C. R. 3 regarding ex parte matters; and (d) a proposed order.

DATED this 1st day of June 2020.

        Respectfully Submitted,
        RHOADES SIEFERT & ERICKSON PLLC


        By: */s/Quentin M. Rhoades*
            Quentin M. Rhoades
            Robert Erickson
            *Pro Querente*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June 2020, I served a true and correct copy of the foregoing on the following persons by depositing said copy overnight delivery by FedEx, prepaid, and by email, addressed as follows:

Peter Ito
Ito Law Group
1550 Larimer Street, Suite 667
Denver, CO  80202
*peter@itolawgroup.com*

By: /s/ Quentin M. Rhoades
     Quentin M. Rhoades

## CERTIFICATE OF SERVICE

I, Quentin M. Rhoades, hereby certify that I have served true and accurate copies of the foregoing Motion - Motion to the following on 06-01-2020:

Project Spokane, LLC (Defendant)
365-B Clinton Street
Costa Meas 92626
Service Method: Email

Sean Walsh (Defendant)
365-B Clinton Street
Costa Mesa 92626
Service Method: Email

Electronically Signed By: Quentin M. Rhoades
Dated: 06-01-2020