Quentin M. Rhoades
State Bar No. 3969
Nicole L. Siefert
State Bar No. 11235
**RHOADES SIEFERT & ERICKSON PLLC**
430 Ryman Street
Telephone: (406) 721-9700
Facsimile: (406) 721-5838
qmr@montanalawyer.com
nicole@montanalawyer.com

*Pro Querente*

## MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY

| | |
|---|---|
| **STEVE NELSON, MICHAEL BOEHME and BONNER PROPERTY DEVELOPMENT, LLC,** | Cause No. **DV-32-2020-0000604-OC** |
| | Dept. No. **2** |
| Plaintiffs, | |
| vs. | ***SUMMONS*** |
| **PROJECT SPOKANE, LLC, and SEAN WALSH,** | |
| Defendants. | |

**TO: SEAN WALSH.**

YOU ARE HEREBY SUMMONED to appear and answer the Complaint in this action, which is filed in the office of the clerk of this Court, a copy herewith served upon you.

You are directed to file your answer and serve a copy thereof upon Plaintiff's attorney within twenty-one (21) days after service of this Summons, exclusive of the date of service.

If you fail to appear and answer as above required, judgment will be taken against you by default according to the Complaint filed herein for the relief demanded in the Complaint.

WITNESS my hand and seal of said Court this 2nd day of June, 2020.

CLERK OF DISTRICT COURT

By: _____
Deputy / Clerk of Court