IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHME and BONNER PROPERTY DEVELOPMENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PROJECT SPOKANE, LLC, and SEAN WALSH,<br><br>Defendants. | CV-20–82–M–DLC<br><br>ORDER |

IT IS HEREBY ORDERED that the above-captioned cause is REASSIGNED to the Honorable Donald W. Molloy for all further proceedings.

DATED this 15th day of June, 2020.

_____
Brian Morris, Chief District Judge
United State District Court