IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| STEVE NELSON, MICHAEL BOEHME and BONNER PROPERTY DEVELOPMENT, LLC, | CV 20–82–M–DWM |
| Plaintiffs, | ORDER |
| v. | |
| PROJECT SPOKANE, LLC, and SEAN WALSH, | |
| Defendants. | |

Plaintiffs Steve Nelson, Michael Boehme, and Bonner Property

Development, LLC (collectively "Bonner Property Development") leased property

in Bonner, Montana to Defendants Project Spokane, LLC and Sean Walsh

(collectively "Project Spokane") for use as a cryptocurrency mining operation.

Bonner Property Development sued Project Spokane in state court to enforce its

claimed security interest in equipment, fixtures, and other assets located on the

leased property.  (Doc. 6.)  On June 1, 2020, the state court issued a temporary

restraining order enjoining a public sale of the assets that was planned for June 3,

2020.  (*See* Doc. 2 at ¶ 1.)  Project Spokane removed the case to this Court on June

9, 2020.  (Doc. 1.)  Bonner Property Development now seeks to extend the

1

temporary restraining order and to compel Project Spokane to show cause why a preliminary injunction should not be entered. (Doc. 2.) However, as Bonner Property Development concedes, there is currently no planned disposition or public sale that affects the property at issue in this case. (Doc. 3 at 2.) Accordingly,

IT IS ORDERED that Bonner Property Development's motion (Doc. 2) is DENIED.

IT IS FURTHER ORDERED that Bonner Property Development shall file a motion for preliminary injunction and supporting brief, if any, by June 18, 2020. Project Spokane shall respond by June 22, 2020. If a motion for preliminary injunction is filed, it will be set for hearing with the pending motion in *Energy Keepers, Inc. v. Hyperblock, LLC*, CV 20-76-M-DWM, on June 25, 2020, at 9:00 a.m. at the Russell Smith Federal Courthouse in Missoula, Montana.

DATED this __15th__ day of June, 2020.

11:17 AM

Donald W. Molloy, District Judge
United States District Court