James A. Patten (ID No. 1191)
Daniel L. Snedigar (ID No. 9428)
PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.
2817 Second Ave. North, Suite 300
P.O. Box 1239
Billings, MT  59103-1239
Telephone:  (406) 252-8500
Facsimile:   (406) 294-9500
E-mail:   apatten@ppbglaw.com
          dsnedigar@ppbglaw.com

Peter W. Ito (Pro hac vice)
ITO LAW GROUP, P.C.
1550 Larimer Street, Suite 667
Denver, Colorado 80202
Telephone: 720-281-5294
Email: peter@itolawgroup.com

Attorneys for Defendants, Project Spokane LLC and Sean Walsh

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHM AND BONNER PROPERTY DEVELOPMENT, LLC.,<br><br>      Plaintiffs,<br><br>vs.<br><br>PROJECT SPOKANE, LLC, and SEAN WALSH,<br><br>      Defendants. | No. CV 20-82-M-DWM<br><br>**PETER ITO'S ACKNOWLEDGMENT AND ACCEPTANCE OF ADMISSION TO THIS COURT UNDER THE TERMS OF THIS COURT'S ORDER FILED** |

**TO THE ABOVE-ENTITLED COURT AND TO ALL COUNSEL HEREIN:**

**PLEASE TAKE NOTICE** that Peter Ito, co-counsel for Defendants, Project Spokane LLC and Sean Walsh hereby acknowledges and accepts the terms of his admission to this Court as set forth in this Court's Order filed on June 15, 2020.

Dated this 17th day of June, 2020.

>Peter W. Ito (Pro hac vice)
>ITO LAW GROUP, P.C.
>1550 Larimer Street, Suite 667
>Denver, CO 80202
>
>PATTEN, PETERMAN, BEKKEDAHL
>    & GREEN, P.L.L.C.
>2817 2nd Avenue North, Ste. 300
>P.O. Box 1239
>Billings, MT 59103-1239
>
>
>By: /s/ JA Patten
>    James A. Patten
>    Peter W. Ito
>    Attorney for Defendants,
>    Project Spokane LLC and Sean Walsh

## CERTIFICATE OF SERVICE

  I hereby certify that on this 17th day of June, 2020 a true and correct copy of the foregoing **Peter Ito's Acknowledgment and Acceptance of Admission to this Court Under the Terms of the Court Order filed June 15, 2020**   was served on the following persons by the following means:

  <u> 1, 2   </u>  CM/ECF
  <u>    </u>  Hand delivery
  <u>    </u>  Mail
  <u>    </u>  Overnight Delivery Service
  <u>    </u>  Fax
  <u>    </u>  E-mail

1. Clerk, U.S. District Court

2. Quentin M Rhoades
  Robert Erickson
  Rhoades, Siefert & Erickson PLLC
  430 Ryman Street
  Missoula, MT 59802
  qmr@montanalawyer.com
  erickson@montanalawyer.com


           <u>/s/ JA Patten         </u>
           For Patten, Peterman, Bekkedahl & Green