James A. Patten (ID No. 1191)
Daniel L. Snedigar (ID No. 9428)
PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.
2817 Second Ave. North, Suite 300
P.O. Box 1239
Billings, MT  59103-1239
Telephone:  (406) 252-8500
Facsimile:   (406) 294-9500
E-mail:   apatten@ppbglaw.com
          dsnedigar@ppbglaw.com

Peter W. Ito (Pro hac vice)
ITO LAW GROUP, P.C.
1550 Larimer Street, Suite 667
Denver, Colorado 80202
Telephone: 720-281-5294
Email: peter@itolawgroup.com

Attorneys for Defendants, Project Spokane LLC and Sean Walsh

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHM AND BONNER PROPERTY DEVELOPMENT, LLC., <br><br>     Plaintiffs, <br><br> vs. <br><br> PROJECT SPOKANE, LLC, and SEAN WALSH, <br><br>        Defendants | No. CV 20-82-M-DWM <br><br> **NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE ABOVE-NAMED COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that James A. Patten and Daniel L. Snedigar of Patten, Peterman, Bekkedahl & Green, PLLC, and Peter W. Ito of the Ito Law Group, P.C. hereby enter their appearance on behalf of defendants Project Spokane LLC and Sean Walsh in the above-entitled matter.  Please serve all pleadings and orders upon them at the addresses in the caption above.

Dated this 17th day of June, 2020.

        Peter W. Ito (Pro hac vice)
        ITO LAW GROUP, P.C.
        1550 Larimer Street, Suite 667
        Denver, CO 80202

        PATTEN, PETERMAN, BEKKEDAHL
          & GREEN, P.L.L.C.
        2817 2nd Avenue North, Ste. 300
        P.O. Box 1239
        Billings, MT 59103-1239

By: /s/ JA Patten
     James A. Patten
     Peter W. Ito
Attorneys for Defendants,
Project Spokane LLC and Sean Walsh

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2020 a true and correct copy of the foregoing Notice of Appearance was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM/ECF |
| _____ | Hand delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-mail |

1. Clerk, U.S. District Court

2. Quentin M Rhoades
   Robert Erickson
   Rhoades, Siefert & Erickson PLLC
   430 Ryman Street
   Missoula, MT 59802
   qmr@montanalawyer.com
   erickson@montanalawyer.com

                                          /s/ JA Patten
                                          For Patten, Peterman, Bekkedahl & Green