Quentin M. Rhoades
State Bar No. 3969
Robert Erickson
State Bar No. 9966
Rhoades, Siefert & Erickson PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: (406) 721-9700
qmr@montanalaywer.com
erickson@montanalawyer.com

*Pro Querente*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| **STEVE NELSON, MICHAEL BOEHME, and BONNER PROPERTY DEVELOPMENT, LLC,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PROJECT SPOKANE, LLC, and SEAN WALSH,**<br><br>Defendants. | Cause No. **CV 20-82-M-DWM**<br><br>***PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*** |

Pursuant to the Court's June 15, 2020 Order (doc. 10), Plaintiffs Steve Nelson, Michael Boehme, and Bonner Property Development, LLC, under Fed. R. Civ. P. 56, request that the Court issue a preliminary injunction restraining any sale or other disposition of certain personal property and fixtures pending entry of final judgment in this case. Specifically, Plaintiffs request that the court enjoin any sale or other disposition any property located at located at the Bonner Mill Site in Missoula

County, Montana, commonly known as 9144 Bonner Mill Road, Bonner, Montana, 59823; and further enjoin Defendants and their agents from removing, disposing of or damaging any property previously or currently located at the Bonner Mill Site in Missoula County, Montana, commonly known as 9144 Bonner Mill Road, Bonner, Montana, 59823.

The motion is supported by an accompanying brief, as well as the arguments and evidence included in Docs. 1.2, 1.8 through 1.10, inclusive, 7, 8.3, 8.4, 8.6, 11, and 11.1 through 11.5, which are incorporated herein by this reference.

**Certificate of conference:** The motion is opposed by Defendants.

DATED this 18th day of June 2020.

>Respectfully Submitted,
>RHOADES SIEFERT & ERICKSON PLLC
>
>By: /s/Quentin M. Rhoades
>Quentin M. Rhoades
>Robert Erickson
>*Pro Querente*