IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| STEVE NELSON, MICHAEL BOEHME and BONNER PROPERTY DEVELOPMENT, LLC,<br><br>          Plaintiffs,<br><br>   v.<br><br>PROJECT SPOKANE, LLC, and SEAN WALSH,<br><br>          Defendants. | CV 20–82–M–DWM<br><br><br><br>ORDER |

The motions for preliminary injunction in *Sxʷnq̓ʔels l Suẇeč̓m/Ksukⱡiⱡmumaⱡ ʾA·k̓aⱡmukwaʾits, Inc., d/b/a Energy Keepers, Inc. v. Hyperblock LLC*, CV 20–76–M–DWM, and *Nelson v. Project Spokane, LLC*, CV 20–82–M–DWM, having been set for hearing together, *see* Fed. R. Civ. P. 42(a)(1),

IT IS ORDERED that the following time limits shall apply to oral argument:

1. Plaintiff Energy Keepers shall have 20 minutes to present argument on its motion for preliminary injunction.

2. Plaintiffs Steven Nelson, Michael Boehme, and Bonner Property Development, LLC shall have 20 minutes to present argument on their motion for preliminary injunction.

3. Defendants Project Spokane LLC and Sean Walsh shall have 30 minutes to present argument in response to the motions.

1

The above time limits apply only to oral argument and do not apply to the presentation of evidence.

IT IS FURTHER ORDERED that the parties shall provide the Court with a hard copy of each exhibit they reference during the hearing.

DATED this 22ᵘᵈ day of June, 2020.

Donald W. Molloy, District Judge
United States District Court