James A. Patten (ID No. 1191)
Daniel L. Snedigar (ID No. 9428)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C**.
2817 Second Ave. North, Suite 300
Billings, MT  59101
Telephone:  (406) 252-8500
Facsimile:    (406) 294-9500
E-mail:    apatten@ppbglaw.com
           dsnedigar@ppbglaw.com

Peter W. Ito (Pro hac vice)
ITO LAW GROUP, P.C.
1550 Larimer Street, Suite 667
Denver, Colorado 80202
Telephone: 720-281-5294
Email: peter@itolawgroup.com

Attorneys for Defendants, Project Spokane and Sean Walsh

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHM AND BONNER PROPERTY DEVELOPMENT, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> PROJECT SPOKANE, LLC, and SEAN WALSH, <br><br> Defendants. | **No. CV 20-82-M-DWM** <br><br> **UNOPPOSED MOTION AND MEMORANDUM FOR ATTORNEY, PETER W. ITO TO APPEAR BY TELEPHONE** |

Defendants in this action, PROJECT SPOKANE LLC and SEAN WALSH, by and through counsel, submit this unopposed Motion and Memorandum to allow attorney Peter W. Ito to appear telephonically at the hearing on Preliminary Injunction scheduled for June 25, 2020 at 9:00 a.m. (see Doc. 10).

Mr. Ito lives in Denver, Colorado, and respectfully requests permission to listen to the hearing proceedings via telephone rather than appearing personally.

Mr. Ito will only be listening to the proceedings and not participating.

Counsel for the Plaintiffs, Quentin Rhoades, was consulted regarding his position on this request, and affirmed that he had no opposition to Mr. Ito being allowed to appear telephonically in this matter.

//
//
//
//
//

DATED this 22nd day of June, 2020.

        Peter W. Ito (Pro hac vice)
        ITO LAW GROUP, P.C.
        1550 Larimer Street, Suite 667
        Denver, CO 80202

        **PATTEN, PETERMAN, BEKKEDAHL**
         **& GREEN, PLLC**
        2817 2nd Avenue North, Ste. 300
        P.O. Box 1239
        Billings, MT 59101


      By: /s/JA Patten
         James A. Patten
         Attorneys for Defendants,
         Project Spokane LLC and Sean Walsh

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2020 a true and correct copy of the foregoing **UNOPPOSED MOTION AND MEMORANDUM FOR ATTORNEY, PETRE W. ITO APPEAR TELEPHONICALY OR BY VIDEO** was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM/ECF |
| _____ | Hand delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-mail |

1. Clerk, U.S. District Court

2. Quentin M Rhoades
   Robert Erickson
   Rhoades, Siefert & Erickson PLLC
   430 Ryman Street
   Missoula, MT 59802
   qmr@montanalawyer.com
   erickson@montanalawyer.com

          /s/ JA Patten
          For Patten, Peterman, Bekkedahl & Green