# Delaware
### The First State

Page 1

CERTIFICATE

SEARCHED MAY 22, 2020 AT 6:33 P.M.
FOR DEBTOR, HYPERBLOCK, LLC

  1 OF 5          FINANCING STATEMENT                    20184736126
              EXPIRATION DATE: 07/10/2023
 DEBTOR:      HYPERBLOCK LLC

              120 ADELAIDE STREET WEST, SUITE 2210    ADDED   07-10-18

              TORONTO, ON,  CA M5H1T1

 SECURED:     PROJECT SPOKANE, LLC

              5619 DTC PARKWAY, NO. 475              ADDED   07-10-18

              GREENWOOD VILLAGE, CO US 80111


                    F I L I N G   H I S T O R Y

  20184736126    FILED 07-10-18   AT 6:27 P.M.   FINANCING STATEMENT

  20191098545    FILED 02-15-19   AT 3:48 P.M.   AMENDMENT

  20191099303    FILED 02-15-19   AT 4:08 P.M.   AMENDMENT


  2 OF 5           PUBLIC FINANCE                        20193866279
              EXPIRATION DATE: 06/05/2049
 DEBTOR:      HYPERBLOCK LLC



20206674308-UCC11                              Authentication: 202981693
SR# 20204513216                                          Date: 05-22-20
You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware
*Page 2*

### The First State

|  |  |  |
|---|---|---|
| | 9088A BONNER MILL ROAD | ADDED   06-05-19 |
| | MISSOULA, MT US 59802 | |
| DEBTOR: | HYPERBLOCK, LLC | |
| | 9088A BONNER MILL ROAD | ADDED   06-05-19 |
| | MISSOULA, MT US 59802 | |
| SECURED: | ACRIUS CAPITAL, LLC | |
| | 233 CENTRAL AVE | ADDED   06-05-19 |
| | SAN FRANCISCO, CA US 94117 | |

### FILING HISTORY

| | | | |
|---|---|---|---|
| 20193866279 | FILED 06-05-19 | AT 11:08 A.M. | PUBLIC FINANCE |
| 20202344903 | FILED 03-31-20 | AT 5:57 P.M. | TERMINATION |

| | | |
|---|---|---|
| 3 OF 5 | FINANCING STATEMENT | 20195006130 |

EXPIRATION DATE: 07/19/2024

| | | |
|---|---|---|
| DEBTOR: | HYPERBLOCK LLC | |
| | 140 YONGE STREET, SUITE 209 | ADDED   07-19-19 |
| | TORONTO,  CA M5C1X6 | |
| SECURED: | WALSH, SEAN | |



*Jeffrey W. Bullock, Secretary of State*

# Delaware
## The First State

```
                151 CALLE SAN FRANCISO, #200           ADDED    07-19-19

                SAN JUAN, PR US 00901



                       F I L I N G   H I S T O R Y

      20195006130    FILED 07-19-19   AT 11:05 A.M.   FINANCING STATEMENT

      20195007351    FILED 07-19-19   AT 11:35 A.M.   TERMINATION



       4 OF 5          FINANCING STATEMENT                20195007682
                   EXPIRATION DATE: 07/19/2024
     DEBTOR:      HYPERBLOCK LLC

                 140 YONGE STREET, SUITE 209           ADDED    07-19-19

                 TORONTO,  CA M5C1X6

     SECURED:    WALSH, SEAN

                 151 CALLE SAN FRANCISCO, #200         ADDED    07-19-19

                 SAN JUAN, PR US 00901



                       F I L I N G   H I S T O R Y

      20195007682    FILED 07-19-19   AT 11:41 A.M.   FINANCING STATEMENT
```



*Jeffrey W. Bullock, Secretary of State*

# Delaware
## The First State

Page 4

```
   5 OF 5              FINANCING STATEMENT                  20203609866
                EXPIRATION DATE: 05/22/2025
  DEBTOR:       HYPERBLOCK LLC

                120 ADELAIDE STREET WEST, SUITE 2210    ADDED    05-22-20

                TORANTO,   CA M5H1T1

  SECURED:      BONNER PROPERTY DEVELOPMENT, LLC

                224 NORTH HIGGINS AVENUE                ADDED    05-22-20

                MISSOULA, MT US 59802
```

### F I L I N G   H I S T O R Y

20203609866    FILED 05-22-20    AT 2:12 P.M.    FINANCING STATEMENT

### E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, HYPERBLOCK, LLC AS OF MAY 19, 2020 AT 11:59 P.M.



*Jeffrey W. Bullock, Secretary of State*

20206674308-UCC11                                    Authentication: 202981693
SR# 20204513216                                              Date: 05-22-20
You may verify this certificate online at corp.delaware.gov/authver.shtml