IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHME and BONNER PROPERTY DEVELOPMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PROJECT SPOKANE, LLC, and SEAN WALSH, <br><br> Defendants. | CV 20–82–M–DWM <br><br> ORDER |

Defendants Project Spokane LLC and Sean Walsh having moved unopposed to allow Peter W. Ito to appear telephonically at the June 25, 2020 hearing,

IT IS ORDERED that the motion (Doc. 20) is GRANTED. Defendants shall coordinate with the District of Montana's I.T. Supervisor in advance of the hearing to arrange Mr. Ito's appearance. Mr. Ito's appearance shall be limited to listening to the proceedings. Only counsel who appear in person shall participate.

DATED this 23rd day of June, 2020.

Donald W. Molloy, District Judge
United States District Court