IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHME and BONNER PROPERTY DEVELOPMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PROJECT SPOKANE, LLC, and SEAN WALSH,<br><br>Defendants. | CV 20–82–M–DWM<br><br><br>ORDER |

IT IS ORDERED that this matter is referred to United States Magistrate Judge Kathleen L. DeSoto for the limited purpose of conducting a formal settlement conference.

The Clerk of Court shall immediately notify the parties and Judge DeSoto of the entry of this Order.

DATED this 25th day of June, 2020.

Donald W. Molloy, District Judge
United States District Court