IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHME and BONNER PROPERTY DEVELOPMENT, LLC,<br><br>                Plaintiffs,<br><br>vs.<br><br>PROJECT SPOKANE, LLC and SEAN WALSH,<br><br>                Defendants. | CV 20-82-M-DWM<br><br>ORDER |

United States District Judge Donald W. Molloy referred this case to the undersigned for the purpose of conducting a settlement conference. Accordingly,

**IT IS ORDERED** that a telephonic scheduling conference for the purpose of selecting a date for the settlement conference is set for June 26, 2020, at 12:00 p.m. All counsel shall call 1-866-390-1828 at the designated time to participate in the scheduling conference. When prompted, enter the access code 8447649 followed by #.

      DATED this 25th day of June, 2020.

                                              _____
                                              Kathleen L. DeSoto
                                              United States Magistrate Judge