# EXHIBIT D

*Nelson et al. v. Walsh et al.*

Case No. 9:20-cv-00082-DWM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| (888) 575-3822 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| UCCFILINGS@CLASINFO.COM |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
UCC EZFILE
2020 HURLEY WAY
SACRAMENTO, CA 95825
US
```

Delaware Department of State
U.C.C. Filing Section
Filed: 06:27 PM 07/10/2018
U.C.C. Initial Filing No: 2018 4736126

Service Request No:   20185594073

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HYPERBLOCK LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 120 ADELAIDE STREET WEST, SUITE 2210 | TORONTO, ON | | M5H 1T1 | CA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| PROJECT SPOKANE, LLC | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5619 DTC PARKWAY, NO. 475 | GREENWOOD VILLAGE | CO | 80111 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:

All assets acquired by Debtor pursuant to the Asset Purchase Agreement, dated as of January 7, 2018 (as it may be amended from time to time), subject to the exclusions in the Acknowledgment and Agreement, dated as of July 10, 2018 (as it may be amended from time to time), among Project Spokane, LLC, a Colorado limited liability company, Sean Walsh, an individual, and Hyperblock LLC, a Delaware limited liability company.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility     **6b.** Check only if applicable and check only one box: ☐ Agricultural Lien  ☐ Non-UCC Filing

**7.** ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8.** OPTIONAL FILER REFERENCE DATA:
DE SOS

International Association of Commercial Administrator

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)