# EXHIBIT J

*Nelson et al. v. Walsh et al.*

Case No. 9:20-cv-00082-DWM



# ILG

## ITO Law Group, P.C.

**Peter W. Ito**
1550 Larimer Street, Suite 667
Denver, Colorado 80202
Phone: 720.281.5294
Email: peter@itolawgroup.com
www.itolawgroup.com

April 1, 2020

**VIA EMAIL**
ron@hyperblock.co
Hyperblock, Inc.
Attn: Ronald R. Spoehel
140 Yonge Street, #209
Toronto, ON M5C 1X6

**VIA EMAIL**
inder@hyperblock.co
Hyperblock, LLC
Attn: Inder Saini
140 Yonge Street, #209
Toronto, ON M5C 1X6

Re:     USD$2,000,000 Secured Promissory Note dated June 19, 2019 ("Note")

Dear Sirs:

This letter is sent on behalf of Sean Walsh ("Lender"), the holder of the above-referenced Note executed by Hyperblock, Inc. and Hyperblock, LLC in favor of Lender.

This letter hereby notifies you that the following default has occurred under the Note: Failure to pay quarterly interest in the amount of USD$75,000 that was due and payable on March 31, 2020.  Pursuant to the terms of the Note, you have five (5) days to cure this default as measured from the date of this notice. If you fail to timely cure the default, Lender shall have the right to accelerate the maturity date of the Note such that the entire amount of outstanding principal and interest of the loan will be declared immediately due and payable.

Please direct any questions to the undersigned.

This notice is without prejudice to any of Lender's rights, powers, privileges, remedies and defenses, now existing or hereafter arising, all of which are hereby expressly reserved.

Sincerely,

*Peter Ito*

Peter W. Ito

cc:  Client



# ILG

## ITO Law Group, P.C.

**Peter W. Ito**
1550 Larimer Street, Suite 667
Denver, Colorado 80202
Phone: 720.281.5294
Email: peter@itolawgroup.com
www.itolawgroup.com

April 2, 2020

**VIA EMAIL**
ron@hyperblock.co
Hyperblock, Inc.
Attn: Ronald R. Spoehel
140 Yonge Street, #209
Toronto, ON M5C 1X6

**VIA EMAIL**
inder@hyperblock.co
Hyperblock, LLC
Attn: Inder Saini
140 Yonge Street, #209
Toronto, ON M5C 1X6

Re:     CAD$5,000,000 Secured Promissory Note dated July 10, 2018 ("Note")

Dear Sirs:

This letter is sent on behalf of Project Spokane, LLC ("Lender"), the holder of the above-referenced Note executed by Hyperblock, Inc. and Hyperblock, LLC in favor of Lender.

This letter hereby notifies you that the following default has occurred under the Note: Failure to pay quarterly interest in the amount of CAD$187,500 that was due and payable on April 1, 2020.  Pursuant to the terms of the Note, you have five (5) days to cure this default as measured from the date of this notice. If you fail to timely cure the default, Lender shall have the right to accelerate the maturity date of the Note such that the entire amount of outstanding principal and interest of the loan will be declared immediately due and payable.

Please direct any questions to the undersigned.

This notice is without prejudice to any of Lender's rights, powers, privileges, remedies and defenses, now existing or hereafter arising, all of which are hereby expressly reserved.

Sincerely,

*Peter Ito*

Peter W. Ito

cc:  Client

Licensed in California and District of Columbia. Not licensed in Colorado but admitted to practice before the United States District Court for the District of Colorado and the United States Bankruptcy Court for the District of Colorado.