# EXHIBIT K

*Nelson et al. v. Walsh et al.*

Case No. 9:20-cv-00082-DWM



# ILG
# ITO Law Group, P.C.

**Peter W. Ito**
1550 Larimer Street, Suite 667
Denver, Colorado 80202
Phone: 720.281.5294
Email: peter@itolawgroup.com
www.itolawgroup.com

April 14, 2020

**VIA EMAIL**
inder@hyperblock.co
Hyperblock, LLC
Attn: Inder Saini
140 Yonge Street, #209
Toronto, ON M5C 1X6

Re:   USD$2,000,000 Secured Promissory Note dated June 19, 2019 ("Note")

Dear Sir:

This letter is sent on behalf of Sean Walsh ("Lender"), the holder of the above-referenced Note executed by Hyperblock, LLC in favor of Lender.

On April 1, 2020, you were notified by Lender that your loan was in default. As of this date, no payment to cure the default has been received by Lender. Therefore, in accordance with the terms of the Note, you are now notified that Lender has accelerated the maturity date of the Note, and the entire amount of outstanding principal and interest due under the Note is hereby declared immediately due and payable. Demand is hereby made for payment in the amount of USD$2,089,949.00, which includes the outstanding principal balance plus accrued interest and expenses, including attorneys' fees and costs.

Please direct any questions to the undersigned.

This notice is without prejudice to any of Lender's rights, powers, privileges, remedies and defenses, now existing or hereafter arising, all of which are hereby expressly reserved.

Sincerely,

*Peter Ito*

Peter W. Ito

cc:  Client

Licensed in California and District of Columbia. Not licensed in Colorado but admitted to practice before the United States District Court for the District of Colorado and the United States Bankruptcy Court for the District of Colorado.



# ITO Law Group, P.C.

**Peter W. Ito**
1550 Larimer Street, Suite 667
Denver, Colorado 80202
Phone: 720.281.5294
Email: peter@itolawgroup.com
www.itolawgroup.com

April 14, 2020

**VIA EMAIL**
inder@hyperblock.co
Hyperblock, LLC
Attn: Inder Saini
140 Yonge Street, #209
Toronto, ON M5C 1X6

Re:   CAD$5,000,000 Secured Promissory Note dated July 10, 2018 ("Note")

Dear Sir:

This letter is sent on behalf of Project Spokane, LLC ("Lender"), the holder of the above-referenced Note executed by Hyperblock, LLC in favor of Lender.

On April 2, 2020, you were notified by Lender that your loan was in default. As of this date, no payment to cure the default has been received by Lender. Therefore, in accordance with the terms of the Note, you are now notified that Lender has accelerated the maturity date of the Note, and the entire amount of outstanding principal and interest due under the Note is hereby declared immediately due and payable. Demand is hereby made for payment in the amount of CAD$5,219,949.00, which includes the outstanding principal balance plus accrued interest and expenses, including attorneys' fees and costs.

Please direct any questions to the undersigned.

This notice is without prejudice to any of Lender's rights, powers, privileges, remedies and defenses, now existing or hereafter arising, all of which are hereby expressly reserved.

Sincerely,

*Peter Ito*

Peter W. Ito

cc:  Client

Licensed in California and District of Columbia. Not licensed in Colorado but admitted to practice before the United States District Court for the District of Colorado and the United States Bankruptcy Court for the District of Colorado.