# EXHIBIT O

*Nelson et al. v. Walsh et al.*

Case No. 9:20-cv-00082-DWM



# MONTANA SECRETARY OF STATE

Request Date: 04/07/2020 10:21 AM
Info Request Doc #: 20200267132
DLN #: B0029-1033

CROWLEY FLECK PLLP
TAMARA MELIA-WOODWARD
PO BOX 2529
BILLINGS, MT  59103-2529

## Search Results Listing

Pursuant to the request that you submitted, a search was conducted based on the search criteria listed below. The listing below, within a reasonable degree of certainty, is a record of all presently effective UCC financial statements and Statements of Assignments which name the below debtor and which are on file in my office from January 1, 1965 through April 6, 2020.

The search results herein reflect only the specific information requested.  The results of this debtor search will not reflect variances of this name.  If the debtor is known under other personal names, trade names, business entities or cities, separate searches of these name will have to be requested and conducted.  The Secretary of State disclaims any and all liability for claims resulting from other filings on which the name of the debtor can be found in any other form than that which was requested herein.

## Search Criteria:

Organization: HYPERBLOCK | using 'Begins With' search
Request Type: Non-Standard Information Request
Active (unlapsed records only), List and ALL Copies

Corey Stapleton
Montana Secretary of State
Enclosures: Original Documents

**Lien Listing**

**Lien Doc #: 1901072389302     DLN #: A0099-7385    Filed: 01/07/2019 11:29 AM  Lapse: 01/07/2024 11:59 PM**

Debtor(s):          HYPERBLOCK LLC , 120 ADELAIDE STREET WEST SUITE 2210 CANADA

Secured Party(s):  BONNER PROPERTY DEVELOPMENT, LLC , 224 NORTH HIGGINS AVENUE, MISSOULA, MT 59802

*Lien 3 Amendment - Restate Collateral*

Lien Doc #:  20200059663       DLN #: B0022-1783   Filed: 01/20/2020 03:13 PM



# MONTANA SECRETARY OF STATE

|  |  |
|---|---|
| Request Date: | 04/07/2020 10:21 AM |
| Info Request Doc #: | 20200267132 |
| DLN #: | B0029-1033 |

CROWLEY FLECK PLLP
ATTN: TAMARA MELIA-WOODWARD
PO BOX 2529
BILLINGS, MT  59103-2529

## Document Report

The Montana Secretary of State has received and processed your request for copies 1901072389302.

If you have any questions or concerns regarding this search, please contact a UCC specialist at 406-444-3665 at your earliest convenience.

*[signature]*

Corey Stapleton
Montana Secretary of State
Enclosures: Original Documents

Montana State Capitol . PO Box 202801 . Helena, Montana 59620-2801
tel: 406-444-3665 . fax: 406-444-3976 . TTY: 406-444-9068 . sosmt.gov

Page 1 of 1

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
| Bjornson Law Offices, PLLC | (406) 721-8896 |
| B. E-MAIL CONTACT AT FILER (optional) | |
| jill@bjornsonlaw.com | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | |
| Bjornson Law Offices, PLLC<br>2809 Great Northern Loop, Ste 100<br>Missoula, MT  59808 | |

Montana Secretary of State
File Number: 1901072389302
Date Filed: 1/7/2019 11:29 AM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Page 1 of 1

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in the line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1AD)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Hyperblock LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIALS | SUFFIX |
| | | | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 120 Adelaide Street West, Suite 2210 | Toronto | ON / M5H 1T1 | Canada |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in the line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1AD)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIALS | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Bonner Property Development, LLC | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 224 North Higgins Avenue | Missoula | MT / 59802 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

To the extent acquired, improved or built in part and directly or indirectly with proceeds of the "Bank Loan" from Bank of Montana, as that term is defined in that certain Credit Enhancement Agreement executed by the Debtor and Secured Party concurrently herewith, the following:
Furniture, equipment, fixtures, and other articles of personal property now or hereafter owned by Debtor; together with all accessions, parts, and additions to, all replacements of, and all substitutions for, any of such property; and together with all proceeds (including without limitation all insurance proceeds and refunds of premiums) from any sale or other disposition of any such property.

5. Check only if applicable and only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility    6b. Check only if applicable and only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA
Project Spokane

UCC FINANCING STATEMENT (FORM UCC1) (REV. 7/1/2013)



# STATE OF MONTANA
*SECRETARY OF STATE*
*UCC3 AMENDMENT*

**For Office Use Only**
STATE OF MONTANA
**-FILED-**
SECRETARY OF STATE
Entity Number: 20200059663
Date Filed: 1/20/2020 3:13:08 PM

Filing Fee - $5.  Terminations are $0.

| Contact at Filer: | |
|---|---|
| Contact Name | David H. Bjornson |
| Contact Phone | (406) 721-8896 |
| Contact Email | jill@bjornsonlaw.com |
| Send acknowledgment to: | |
| Name | David H. Bjornson |
| Address | DAVID H. BJORNSON<br>2809 GREAT NORTHERN LOOP #100<br>MISSOULA, MT 59808 |
| Amendment Actions: | |
| Initial Financing Statement File Number | 1901072389302 |
| Date Filed | 01/07/2019 |
| Amendment Action | Collateral Amendment - $5.00 (add, edit or delete collateral) |
| Collateral Change | Edit Collateral |
| Collateral: | |
| Indicate collateral: | Furniture, equipment, fixtures, computer servers, power supplies, and other articles of personal property now or hereafter owned by Debtor; together with all accessions, parts, and additions to, all replacements of, and all substitutions for, any of such property; and together with all proceeds (including without limitation all insurance proceeds and refunds of premiums) from any sale or other disposition of any such property; EXCLUDING however, all computer servers owned by Debtor and located at 9144 Bonner Mill Road, Bonner, MT 59823, at the close of business December 31, 2019. |
| UCC3 Addendum | |
| ☐ Check here if you are required to complete the UCC3 Addendum for this lien. | |
| Name of SECURED PARTY of record authorizing this amendment: | |
| ☐ If this is an amendment authorized by a DEBTOR, check here and provide the name of the authorizing debtor. | |
| Authorizing Party Name | BONNER PROPERTY DEVELOPMENT, LLC |
| Optional Filer Reference Data: | |
| Project Spokane | |