# EXHIBIT P

*Nelson et al. v. Walsh et al.*

Case No. 9:20-cv-00082-DWM

# Delaware

Page 1

The First State

CERTIFICATE

SEARCHED MAY 22, 2020 AT 6:33 P.M.
FOR DEBTOR, HYPERBLOCK, LLC

```
  1 OF 5          FINANCING STATEMENT                   20184736126
                  EXPIRATION DATE: 07/10/2023
DEBTOR:      HYPERBLOCK LLC

             120 ADELAIDE STREET WEST, SUITE 2210    ADDED   07-10-18

             TORONTO, ON,  CA M5H1T1

SECURED:     PROJECT SPOKANE, LLC

             5619 DTC PARKWAY, NO. 475               ADDED   07-10-18

             GREENWOOD VILLAGE, CO US 80111
```

F I L I N G   H I S T O R Y

```
  20184736126    FILED 07-10-18    AT 6:27 P.M.    FINANCING STATEMENT

  20191098545    FILED 02-15-19    AT 3:48 P.M.    AMENDMENT

  20191099303    FILED 02-15-19    AT 4:08 P.M.    AMENDMENT


  2 OF 5          PUBLIC FINANCE                        20193866279
                  EXPIRATION DATE: 06/05/2049
DEBTOR:      HYPERBLOCK LLC
```



Jeffrey W. Bullock, Secretary of State

20206674308-UCC11
SR# 20204513216

Authentication: 202981693
Date: 05-22-20

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware
*Page 2*

### The First State

```
                 9088A BONNER MILL ROAD              ADDED    06-05-19

                 MISSOULA, MT US 59802

 DEBTOR:         HYPERBLOCK, LLC

                 9088A BONNER MILL ROAD              ADDED    06-05-19

                 MISSOULA, MT US 59802

 SECURED:        ACRIUS CAPITAL, LLC

                 233 CENTRAL AVE                     ADDED    06-05-19

                 SAN FRANCISCO, CA US 94117
```

### FILING HISTORY

```
 20193866279    FILED 06-05-19    AT 11:08 A.M.   PUBLIC FINANCE

 20202344903    FILED 03-31-20    AT 5:57 P.M.    TERMINATION


   3 OF 5           FINANCING STATEMENT                 20195006130
                EXPIRATION DATE: 07/19/2024
 DEBTOR:         HYPERBLOCK LLC

                 140 YONGE STREET, SUITE 209         ADDED    07-19-19

                 TORONTO,  CA M5C1X6

 SECURED:        WALSH, SEAN
```



20206674308-UCC11  
SR# 20204513216  
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202981693  
Date: 05-22-20

# Delaware
## The First State

Page 3

            *151 CALLE SAN FRANCISO, #200*        *ADDED*    *07-19-19*

            *SAN JUAN, PR US 00901*

*F I L I N G   H I S T O R Y*

*20195006130*    *FILED 07-19-19*    *AT 11:05 A.M.*    *FINANCING STATEMENT*

*20195007351*    *FILED 07-19-19*    *AT 11:35 A.M.*    *TERMINATION*

*4 OF 5*        *FINANCING STATEMENT*        *20195007682*

            *EXPIRATION DATE: 07/19/2024*

*DEBTOR:*    *HYPERBLOCK LLC*

            *140 YONGE STREET, SUITE 209*        *ADDED*    *07-19-19*

            *TORONTO,  CA M5C1X6*

*SECURED:*    *WALSH, SEAN*

            *151 CALLE SAN FRANCISCO, #200*        *ADDED*    *07-19-19*

            *SAN JUAN, PR US 00901*

*F I L I N G   H I S T O R Y*

*20195007682*    *FILED 07-19-19*    *AT 11:41 A.M.*    *FINANCING STATEMENT*



Jeffrey W. Bullock, Secretary of State

20206674308-UCC11        Authentication: 202981693
SR# 20204513216        Date: 05-22-20
You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware

Page 4

The First State

```
   5 OF 5            FINANCING STATEMENT                  20203609866
                EXPIRATION DATE: 05/22/2025
   DEBTOR:      HYPERBLOCK LLC

                120 ADELAIDE STREET WEST, SUITE 2210    ADDED   05-22-20

                TORANTO,   CA M5H1T1

   SECURED:     BONNER PROPERTY DEVELOPMENT, LLC

                224 NORTH HIGGINS AVENUE                ADDED   05-22-20

                MISSOULA, MT US 59802
```

### F I L I N G   H I S T O R Y

```
   20203609866    FILED 05-22-20    AT 2:12 P.M.    FINANCING STATEMENT
```

### E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, HYPERBLOCK, LLC AS OF MAY 19, 2020 AT 11:59 P.M.



Jeffrey W. Bullock, Secretary of State

20206674308-UCC11  
SR# 20204513216  
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202981693  
Date: 05-22-20