# EXHIBIT Q

*Nelson et al. v. Walsh et al.*

Case No. 9:20-cv-00082-DWM

**BJM** **BJORNSON JONES MUNGAS**
PLLC

2809 Great Northern Loop, Suite 100
Missoula, Montana 59808
Telephone (406) 721-8896 • Fax (406) 541-8037 • bjorlaw@bjornsonlaw.com

June 23, 2020

*<u>SENT VIA USPS PRIORITY MAIL, DELIVERY CONFIRMATION AND BY EMAIL</u>*

Hyperblock LLC
140 Yonge Street, #209
Toronto, ON M5C 1X6
Attention: Inder Saini
inder@hyperblock.co

Hyperblock, Inc.
2 St. Claire Avenue East, Suite 1100
Toronto, ON M4T 2T5
Attention: Hans Rizarri
hans.rizarri@crowesoberman.com

James A. Bowditch
Boone Karlberg P.C.
PO Box 9199
Missoula, MT 59807-9199
jbowditch@boonekarlberg.com

RE:   NOTICE OF TERMINATION OF LEASE AGREEMENT

Ladies and Gentlemen:

As you know, we represent Bonner Property Development, LLC ("BPD") and its principal, Stephen Nelson and Michael Boehme, regarding the Commercial Lease Agreement dated March 1, 2016, as amended (the "Lease"), between HyperBlock LLC, a Delaware limited liability company ("HyperBlock"), as Tenant, and BPD, as Landlord. You have been previously provided with a notice of default, dated June 2, 2020, related to HyperBlock's failure to pay rent due under the Lease. As of the date of this letter, such default has not been cured. Accordingly, pursuant to the terms of the Lease, you are hereby provided this **NOTICE OF TERMINATION OF THE LEASE**.

As provided in Section 17.a. of the Lease, HyperBlock remains liable to BPD for damages in an amount equal to the rent and other sums owing by HyperBlock under the Lease for the balance of the Lease term, less the net proceeds, if any, of any reletting of the property by BPD subsequent to the termination, after deducting all of BPD's reletting expenses (as further described in the Lease). Please remit such payments to BPD at the address provided in the Lease.

Sincerely,
BJORNSON JONES MUNGAS, PLLC

David H. Bjornson
david@bjornsonlaw.com

DHB:kjb

C:   Bonner Property Development, LLC