James A. Patten
Daniel L. Snedigar
Patten, Peterman, Bekkedahl &
Green, PLLC
2817 Second Avenue North
P.O. Box 1239
Billings, Montana 59103-1239
Telephone: (406) 252-8500
apatten@ppbglaw.com
dsnedigar@ppglaw.com

Peter W. Ito (Admitted *pro hac vice*)
Ito Law Group, P.C.
1550 Larimer Street, Suite 667
Denver, CO 80202
Telephone: (720) 281-5294
peter@itolawgroup.com

Attorneys for Defendants

Quentin M. Rhoades
Robert Erickson
Rhoades, Siefert & Erickson PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: (406) 721-9700
qmr@montanalawyer.com
erickson@montanalawyer.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHME and BONNER PROPERTY DEVELOPMENT, LLC,<br><br>            Plaintiffs,<br><br>   vs.<br><br>PROJECT SPOKANE LLC, AND SEAN WALSH,<br>            Defendants. | Civ. No. 9:20-cv-00082-DWM<br><br>**DECLARATION OF ROBERT ERICKSON** |

1

I, Robert Erickson, declare and state as follows:

A true and accurate copy of the June 23, 2020 Notice of Termination of the Lease Agreement concerning the Commercial Lease Agreement dated March 1, 2016, as amended, between HyperBlock, LLC and Bonner Property Development, LLC, is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of July 2020.

_____
Robert Erickson

# Exhibit 1

**BJM** **BJORNSON JONES MUNGAS**
PLLC

2809 Great Northern Loop, Suite 100
Missoula, Montana 59808
Telephone (406) 721-8896 • Fax (406) 541-8037 • bjorlaw@bjornsonlaw.com

June 23, 2020

*SENT VIA USPS PRIORITY MAIL, DELIVERY CONFIRMATION AND BY EMAIL*

Hyperblock LLC
140 Yonge Street, #209
Toronto, ON M5C 1X6
Attention: Inder Saini
inder@hyperblock.co

Hyperblock, Inc.
2 St. Claire Avenue East, Suite 1100
Toronto, ON M4T 2T5
Attention: Hans Rizarri
hans.rizarri@crowesoberman.com

James A. Bowditch
Boone Karlberg P.C.
PO Box 9199
Missoula, MT 59807-9199
jbowditch@boonekarlberg.com

**RE: NOTICE OF TERMINATION OF LEASE AGREEMENT**

Ladies and Gentlemen:

As you know, we represent Bonner Property Development, LLC ("BPD") and its principal, Stephen Nelson and Michael Boehme, regarding the Commercial Lease Agreement dated March 1, 2016, as amended (the "Lease"), between HyperBlock LLC, a Delaware limited liability company ("HyperBlock"), as Tenant, and BPD, as Landlord. You have been previously provided with a notice of default, dated June 2, 2020, related to HyperBlock's failure to pay rent due under the Lease. As of the date of this letter, such default has not been cured. Accordingly, pursuant to the terms of the Lease, you are hereby provided this **NOTICE OF TERMINATION OF THE LEASE**.

As provided in Section 17.a. of the Lease, HyperBlock remains liable to BPD for damages in an amount equal to the rent and other sums owing by HyperBlock under the Lease for the balance of the Lease term, less the net proceeds, if any, of any reletting of the property by BPD subsequent to the termination, after deducting all of BPD's reletting expenses (as further described in the Lease). Please remit such payments to BPD at the address provided in the Lease.

Sincerely,
BJORNSON JONES MUNGAS, PLLC

David H. Bjornson
david@bjornsonlaw.com

DHB:kjb

C: Bonner Property Development, LLC