IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHME and BONNER PROPERTY DEVELOPMENT, LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>PROJECT SPOKANE, LLC, and SEAN WALSH,<br><br>      Defendants. | CV 20–82–M–DWM<br><br><br>ORDER |

The parties having filed a Joint Motion for Order Authorizing Defendants and Plaintiffs to Access and Enter Leased Premises to Take Possession of Their Collateral, and, Thereafter, Exercise Their Rights as Secured Creditors to Dispose of Said Collateral,

IT IS ORDERED that the motion (Doc. 35) is GRANTED.

IT IS FURTHER ORDERED:

1.    Defendants shall serve a copy of the Motion and this Order on HyperBlock, LLC's registered agent.

1

2.	HyperBlock, LLC shall intervene in the above-captioned action pursuant to Fed. R. Civ. P. 24(a)(2) if it objects to the relief requested in the Motion no later than seven (7) days as measured from date of service on its registered agent of the Motion and this Order.

3.	If HyperBlock, LLC fails to timely intervene, Defendants and Plaintiffs along with their representatives are authorized to access and enter the Leased Premises, as described in the Motion, pursuant to Section 30-9A-609 of the Montana Code Annotated so that they may take possession of their collateral and exercise their rights as secured creditors pursuant to Section 30-9A-610 of the Montana Code Annotated.

DATED this  20th day of July 2020.

```
                                          10:20 AM
_____
Donald W. Molloy, District Judge
United States District Court
```