James A. Patten (ID No. 1191)
Daniel L. Snedigar (ID No. 9428)
PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.
2817 Second Ave. North, Suite 300
P.O. Box 1239
Billings, MT  59103-1239
Telephone:  (406) 252-8500
Facsimile:    (406) 294-9500
E-mail:    apatten@ppbglaw.com
               dsnedigar@ppbglaw.com

Peter W. Ito (pro hac vice)
ITO LAW GROUP, P.C.
1550 Larimer Street, Suite 667
Denver, Colorado 80202
Telephone: 720-281-5294
Email: peter@itolawgroup.com

Attorneys for Defendants, Project Spokane LLC and Sean Walsh

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHM and BONNER PROPERTY DEVELOPMENT, LLC,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>PROJECT SPOKANE, LLC, and SEAN WALSH,<br><br>　　　　　Defendants. | Cause No.  CV-20-82-M-DWM<br><br>**CERTIFICATE OF SERVICE** |

This is to certify that on the 20th day of July, 2020 a copy of the **ORDER** dated July 20, 2020 at ECF No. 36 was duly served, by FedEx and by email, upon the parties below:

James A. Bowditch
Registered Agent for HyperBlock, LLC
Boone Karlberg P.C.
201 W. Main, Suite 300
Missoula, MT 59802
jbowditch@boonekarlberg.com

HyperBlock, LLC
140 Yonge Street, #209
Toronto, ON M5C 1X6
Attention: Inder Saini
inder@hyperblock.co

HyperBlock, Inc.
2 St. Claire Avenue East, Suite 1100
Toronto, ON M4T 2T5
Attention: Hans Rizarri
hans.rizarri@crowesoberman.com

R. Graham Phoenix
Loopstra Nixon LLP
135 Queens Plate Drive, Suite 600
Toronto, ON M9W 6V7
gphoenix@loonix.com

In addition, on the 20th day of July, 2020 a copy of the **ORDER** dated July 20, 2020 at ECF No. 36 was duly served, by certified mail, return receipt and by email, upon the party below:

James A. Bowditch
Registered Agent for HyperBlock, LLC
Boone Karlberg P.C.
P.O. Box 9199
Missoula, MT 59807-9199
jbowditch@bonnekarlberg.com

DATED this 20th day of July, 2020.

Peter W. Ito (Pro hac vice)
**ITO LAW GROUP, P.C.**
1550 Larimer Street, Suite 667
Denver, CO 80202

**PATTEN, PETERMAN, BEKKEDAHL
  & GREEN, PLLC**
2817 2nd Avenue North, Ste. 300
P.O. Box 1239
Billings, MT 59101


By: /s/JA Patten
      James A. Patten

Attorneys for Defendants,
Project Spokane LLC and Sean Walsh