JAMES A. PATTEN
DANIEL L. SNEDIGAR
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**
2817 Second Avenue North
P.O. Box 1239
Billings, MT 59103-1239
Telephone:  (406) 252-8500
Facsimile:   (406) 294-9500
Email:  apatten@ppbglaw.com
Email:  dsnedigar@ppglaw.com

PETER W. ITO (Admitted *pro hac vice*)
**ITO LAW GROUP, P.C.**
1550 Larimer Street, Suite 667
Denver, CO 80202
Tel. No. (720) 281-5294
Email: peter@itolawgroup.com

Attorneys for Defendants/Counter-Claimants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHME and BONNER PROPERTY DEVELOPMENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PROJECT SPOKANE LLC, AND SEAN WALSH,<br><br>Defendants. | Civ. No. 9:20-CV-00082-DWM<br><br>**NOTICE OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, Counter-Claimants Project Spokane, LLC and Sean Walsh, by and through their undersigned counsel, hereby give notice that their counterclaims against Bonner

**1**

Property Development, Inc., Stephen K. Nelson and Michael D. Boehme are dismissed with prejudice.

Dated this 6th of August 2020.

>James A. Patten
>**PATTEN, PETERMAN, BEKKEDAHL & GREEN**
>2817 Second Ave. North, Suite 300
>Billings, Montana 59101
>
>By:  /s/ JA Patten
>   **JAMES A. PATTEN**
>   Attorneys for Defendants/Counter-Claimants
>
>
>Peter W. Ito (Admitted *Pro Hac Vice*)
>**ITO LAW GROUP, P.C.**
>1550 Larimer Street, Suite 667
>Denver, CO 80202
>
>By:  /s/ Peter W. Ito
>   **PETER W. ITO**
>   Attorneys for Defendants/Counter-Claimants