Quentin M. Rhoades
State Bar No. 3969
Robert Erickson
State Bar No. 9966
Rhoades, Siefert & Erickson PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: (406) 721-9700
qmr@montanalaywer.com
erickson@montanalawyer.com

*Pro Querente*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| **STEVE NELSON, MICHAEL BOEHME, and BONNER PROPERTY DEVELOPMENT, LLC,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PROJECT SPOKANE, LLC, and SEAN WALSH,**<br><br>Defendants. | Cause No. **CV 20-82-M-DWM**<br><br>***STIPULATION FOR DISMISSAL WITH PREJUDICE*** |

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Steve Nelson, Michael Boehme, and Bonner Property Development, LLC, and Defendants Project Spokane, LLC and Sean Walsh, stipulate as follows:

1. This entire action shall be dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

SO STIPULATED.

DATED this 18th day of August 2020.

        RHOADES SIEFERT & ERICKSON

        By: /s/ *Robert Erickson*
            Robert Erickson
            *Attorneys for Steve Nelson, Michael Boehme,*
            *and Bonner Property Development, LLC*

DATED this 18th day of August 2020.

        PATTEN, PETERMAN, BEKKEDAHL & GREEN

        By:*/s/ James A. Patten*
            James A. Patten
            *Attorneys for Defendants/Counter-Claimants*

DATED this 18th day of August 2020.

        ITO LAW GROUP, P.C.

        By:*/s/ Peter W. Ito*
            Peter W. Ito
            *Attorneys for Defendants/Counter-Claimants*