# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHME, and BONNER PROPERTY DEVELOPMENT, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PROJECT SPOKANE, LLC, and SEAN WALSH, <br><br> Defendants. | Cause No. **CV 20-82-M-DWM** <br><br> **ORDER** |

The Parties having filed a stipulation for dismissal pursuant to Fed. R. Civ. P. 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

DATED this _____ day of August 2020.

By: _____
Donald W. Molloy, District Judge
United States District Court