IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVE NELSON, MICHAEL BOEHME and BONNER PROPERTY DEVELOPMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PROJECT SPOKANE, LLC, and SEAN WALSH, <br><br> Defendants. | CV 20–82–M–DWM <br><br><br><br> ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 19th day of August, 2020.

_____
Donald W. Molloy, District Judge
United States District Court