# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM
*Please read instructions.*

| | |
|---|---|
| 1. NAME: Bohyer Erickson Beaudette & Tranel | 2. PHONE NUMBER: 406-532-7800 |
| 3. DATE: 12/3/2020 | |
| 4. MAILING ADDRESS: PO Box 7729 | 5. E-MAIL ADDRESS: mail@bebtlaw.com |
| 6. CITY: Missoula | 7. STATE: MT |
| 8. ZIP CODE: 59807 | 9. JUDGE: Molloy |
| 10. CASE NAME: Nelson et al. v. Project Spokane LLC et al. | |
| 11. U.S. DISTRICT COURT CASE NUMBER: CV-20-00082-DWM | 12. COURT OF APPEALS CASE NUMBER: |

**13. ORDER FOR:**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [✓] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER - Specify

**14. RECORDING REQUESTED:** Specify portion(s) and date(s) of proceeding(s).
PAYMENT: Financial arrangements must be made with the Clerk's Office before recording is prepared.
Copy Cost: $31 for each proceeding.

| Proceedings | Date(s) | Judge |
|---|---|---|
| Motion hearing - preliminary injunction | 6/25/2020 | Molloy |

**15. TRANSCRIBER SELECTED FROM THE PROVIDER LIST:**
Specify portion(s) and date(s) of proceedings.
Financial arrangements must be made with the transcriber before the transcript is prepared.

| Proceedings | Date(s) | Judge |
|---|---|---|
| | | |

| CATEGORY | ORIGINAL (Includes certified copy to clerk for records of the Court) | FIRST COPY to each party | ADDITIONAL COPIES to same party | FORMAT REQUESTED — Paper | FORMAT REQUESTED — Electronic Specify File Format |
|---|---|---|---|---|---|
| 30-Day | $3.65/page [✓] | $.90/page [ ] | $.60/page [ ] | [ ] Full Size   [ ] A-Z word index | [ ] ASCII  [ ] A-Z word index   [✓] PDF |
| 14-Day | $4.25/page [ ] | $.90/page [ ] | $.60/page [ ] | [ ] Full Size   [ ] A-Z word index | [ ] ASCII  [ ] A-Z word index   [ ] PDF |
| 7-Day | $4.85/page [ ] | $.90/page [ ] | $.60/page [ ] | [ ] Full Size   [ ] A-Z word index | [ ] ASCII  [ ] A-Z word index   [ ] PDF |
| 3-Day | $5.45/page [ ] | $1.05/page [ ] | $.75/page [ ] | [ ] Full Size   [ ] A-Z word index | [ ] ASCII  [ ] A-Z word index   [ ] PDF |
| DAILY | $6.05/page [ ] | $1.20/page [ ] | $.90/page [ ] | [ ] Full Size   [ ] A-Z word index | [ ] ASCII  [ ] A-Z word index   [ ] PDF |
| HOURLY | $7.25/page [ ] | $1.20/page [ ] | $.90/page [ ] | [ ] Full Size   [ ] A-Z word index | [ ] ASCII  [ ] A-Z word index   [ ] PDF |

**16. DISTRIBUTION**
E-file this form with the clerk's office, mail to opposing counsel if they are not electronic filers and serve the court reporter.
If payment is authorized under CJA, attach the completed CJA 24 form to this transcript order form.

Signature: *[signature]*

Revised - 04/2018